IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMEROS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-799 (RGA) |
| | ) |
| SANDOZ INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Omeros Corporation and defendant Sandoz Inc., through their undersigned counsel and subject to the approval of the Court, that

(i) On May 9, 2018, Sandoz submitted a patent amendment to its pending ANDA 207841 in which it revised its Patent and Exclusivity Certification to reflect Paragraph III Certification with respect to U.S. Patents 8,173,707; 8,586,633; 9,066,856; 9,278,101; 9,399,040; 9,486,406; and 9,855,246;

(ii) due to Sandoz no longer seeking approval until after the expiration of these patents, this action and all claims and defenses asserted therein are DISMISSED WITHOUT PREJUDICE; and

(iii) the parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
| */s/ Jack B. Blumenfeld* | */s/ Megan C. Haney* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>mch@pgmhlaw.com |
| *Attorneys for Plaintiff Omeros Corporation* | *Attorneys for Defendant Sandoz, Inc.* |

July 24, 2018

SO ORDERED this 25 day of July, 2018.

_____
The Honorable Richard G. Andrews
United States District Judge